1    Christopher F. Wohl, SBN: 170280
    Nicole Legrottaglie, SBN: 271416
2    PALMER KAZANJIAN WOHL HODSON LLP
    520 Capitol Mall, Suite 600
3    Sacramento, CA 95814
    Telephone:    (916) 442-3552
4    Facsimile:     (916) 442-3606

5    Attorneys for Defendants
    CHICAGO TITLE COMPANY,
6    KAREN BRENNEN, JULIE STEVENSON and
    GREG FARR

7

8            UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ELENA CRAWFORD,                Case No. 2:09-cv-03153-JAM-KJN

           Plaintiff,

12                         STIPULATION AND ORDER TO MODIFY
      v.                       THE STATUS (PRETRIAL SCHEDULING)
13                         ORDER
    CHICAGO TITLE COMPANY, KAREN
14    BRENNEN, JULIE STEVENSON,       Judge:     John A. Mendez
    GREG FARR, and DOES 1-20,
15

           Defendants.
16

17

18         WHEREAS, on November 12, 2010, the Court granted Defendants' unopposed motion to

19 continue the trial date and modify the Status (Pretrial Scheduling) Order ("Scheduling Order")

20 extending several deadlines including the deadline for completion of discovery to March 15,

21 2011.

22         WHEREAS, on January 25, 2011, the Court granted Plaintiff's motion to substitute

23 Andrea Rosa, Esq., as attorney of record in place of Warren Quann, Esq.

24         WHEREAS, the parties wish to extend the discovery deadline from March 15, 2011, to

25 April 15, 2011, so that depositions and other discovery can be completed.

26         The parties hereby agree to modify the Scheduling Order extending the discovery deadline

27 to April 15, 2011.

28         All other deadlines (final pretrial conference and trial) will remain unchanged.

STIPULATION AND ORDER TO MODIFY THE
STATUS (PRETRIAL SCHEDULING) ORDER

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

PALMER KAZANJIAN WOHL HODSON, LLP

Dated: February 28, 2011                     By: /s/ Christopher F. Wohl
                                                  Christopher F. Wohl
                                                  Attorneys for Defendants

Dated: February 28, 2011            THE ROSA LAW GROUP


                                    By: /s/ Andrea Rosa
                                        Andrea Rosa, Esq.
                                        Attorney for Plaintiff

PALMER KAZANJIAN
WOHL HODSON LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

STIPULATION AND ORDER TO MODIFY THE          2.
STATUS (PRETRIAL SCHEDULING) ORDER

1

## **ORDER**

2        Upon the agreement of the parties hereto, and Good Cause appearing

3        IT IS SO ORDERED.

4

DATED:  2/28/2011

5

6                                                           /s/ John A. Mendez_____

7                                                           John A. Mendez
                                                            United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO MODIFY THE
STATUS (PRETRIAL SCHEDULING) ORDER                    3.

PDF created with pdfFactory trial version www.pdffactory.com