Christopher F. Wohl, SBN: 170280
Nicole Legrottaglie, SBN: 271416
PALMER KAZANJIAN WOHL HODSON LLP
520 Capitol Mall, Suite 600
Sacramento, CA 95814
Telephone: (916) 442-3552
Facsimile: (916) 442-3606

Attorneys for Defendants
CHICAGO TITLE COMPANY,
KAREN BRENNEN, JULIE STEVENSON and
GREG FARR

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA CRAWFORD,<br><br>    Plaintiff,<br><br>  v.<br><br>CHICAGO TITLE COMPANY, KAREN BRENNEN, JULIE STEVENSON, GREG FARR, and DOES 1-20,<br><br>    Defendants. | Case No. 2:09-cv-03153-JAM-KJN<br><br>STIPULATION AND ORDER TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER<br><br>Judge:    John A. Mendez |

WHEREAS, on November 12, 2010, the Court granted Defendants' unopposed motion to continue the trial date and modify the Status (Pretrial Scheduling) Order ("Scheduling Order") extending several deadlines including the deadline for completion of discovery to March 15, 2011.

WHEREAS, on February 28, 2011, the parties further agreed to modify the Scheduling Order extending the discovery deadline to April 15, 2011. The Court approved the stipulation on February 28, 2011.

WHEREAS, the parties continue to exchange documents responsive to the discovery requests, which exchange has been much slower than expected due to the technical nature of the electronic documentation. The parties have set depositions in May 2011 and wish to complete

PALMER KAZANJIAN
WOHL HODSON LLP
520 Capitol Mall, Suite 600
Sacramento, CA 95814
916.442.3552

STIPULATION AND ORDER TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1  discovery by June 10, 2011. The delays, coupled with unavailability for depositions, have
2  necessitated the need to move the trial date to October 3, 2011.
3    The parties hereby agree to modify the Scheduling Order in the following ways and ask
4  that the Court approve this modification:

5    COMPLETION OF ALL DISCOVERY                JUNE 10, 2011
6    DISPOSITIVE MOTION FILING DEADLINE          JUNE 22, 2011
7    DISPOSITIVE MOTION HEARING DEADLINE         JULY 20, 2011
8    JOINT PRETRIAL CONFERENCE STATEMENT         AUGUST 19, 2011
9    FINAL PRETRIAL CONFERENCE                   AUGUST 26, 2011 at 10:00 a.m.
10   JURY TRIAL                                  OCTOBER 3, 2011 at 9:00 a.m.

13   IT IS SO STIPULATED.

                                          PALMER KAZANJIAN WOHL HODSON, LLP

Dated: April 5, 2011              By: /s/ Christopher F. Wohl
                                      Christopher F. Wohl
                                      Attorneys for Defendants

Dated: April 5, 2011              THE ROSA LAW GROUP

                                  By: /s/ Andrea Rosa
                                      Andrea Rosa, Esq.
                                      Attorney for Plaintiff

PALMER KAZANJIAN
WOHL HODSON LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

STIPULATION AND ORDER TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER    2.

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

Upon the agreement of the parties hereto, and Good Cause appearing

IT IS SO ORDERED.

DATED: April 5, 2011

                                               /s/ John A. Mendez
                                               John A. Mendez
                                               United States District Court Judge

PALMER KAZANJIAN
WOHL HODSON LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

STIPULATION AND ORDER TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER     3.

PDF created with pdfFactory trial version www.pdffactory.com