Christopher F. Wohl, SBN: 170280
Nicole Legrottaglie, SBN: 271416
PALMER KAZANJIAN WOHL HODSON LLP
520 Capitol Mall, Suite 600
Sacramento, CA 95814
Telephone:     (916) 442-3552
Facsimile:     (916) 442-3606

Attorneys for Defendants
CHICAGO TITLE COMPANY,
KAREN BRENNEN, JULIE STEVENSON and
GREG FARR

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA CRAWFORD,<br><br>             Plaintiff,<br><br>     v.<br><br>CHICAGO TITLE COMPANY, KAREN BRENNEN, JULIE STEVENSON, GREG FARR, and DOES 1-20,<br><br>             Defendants. | Case No. 2:09-cv-03153-JAM-KJN<br><br>STIPULATION AND ORDER TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER<br><br>Judge:     John A. Mendez |

WHEREAS, on November 12, 2010, the Court granted Defendants' unopposed motion to continue the trial date and modify the Status (Pretrial Scheduling) Order ("Scheduling Order") extending several deadlines including the deadline for completion of discovery to March 15, 2011.

WHEREAS, on February 28, 2011, the parties further agreed to modify the Scheduling Order extending discovery extending the discovery deadline to April 15, 2011. The Court approved the stipulation on February 28, 2011.

WHEREAS, on April 5, 2011, the parties further agreed to modify the Scheduling Order extending discovery extending the discovery deadline to June 15, 2011. The Court approved the stipulation on April 5, 2011.

PALMER KAZANJIAN
WOHL HODSON LLP
520 Capitol Mall, Suite 600
Sacramento, CA 95814
916.442.3552

STIPULATION AND ORDER TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1   WHEREAS, Plaintiff proposes to file a First Amended Complaint to dismiss certain

2   claims and parties and to add claims.  Defendants will not oppose the proposed filing of the First

3   Amended Complaint.

4   WHEREAS, the parties have completed several depositions in May and June 2011 but

5   need additional time to complete discovery necessitated in part by the new claims in Plaintiff's

6   proposed First Amended Complaint.  The parties therefore wish to extend the last day to complete

7   discovery from June 10, 2011 to August 12, 2011.  The parties feel that extending the time to

8   complete discovery may assist in resolving issues to better position the case for mediation.

9   The parties hereby agree to modify the Scheduling Order in the following ways and ask

10   that the Court approve this modification:

11

12   FILE AND SERVE FIRST AMENDED COMPLAINT            JUNE 22, 2011

13   COMPLETION OF ALL DISCOVERY                       AUGUST 12, 2011

14   DISPOSITIVE MOTION FILING DEADLINE                SEPTEMBER 9, 2011

15   DISPOSITIVE MOTION HEARING DEADLINE               OCTOBER 19, 2011 (at

16                                                     9:30 a.m.)

17   JOINT PRETRIAL CONFERENCE STATEMENT               DECEMBER 2, 2011

18   FINAL PRETRIAL CONFERENCE                         DECEMBER 9, 2011 (at

19                                                     10:00 a.m.)

20   TRIAL                                             JANUARY 23, 2012 (at

21                                                     9:00 a.m.)

22   IT IS SO STIPULATED.

23   ///

24   ///

25   ///

26   ///

27   ///

28

STIPULATION AND ORDER TO MODIFY THE STATUS (PRETRIAL
SCHEDULING) ORDER

2.

PDF created with pdfFactory trial version www.pdffactory.com

1    PALMER KAZANJIAN WOHL HODSON, LLP

2

3   Dated: June 16, 2011                By:  /s/ Christopher F. Wohl
                                             Christopher F. Wohl
4                                            Attorneys for Defendants

5
    Dated: June 16, 2011                THE ROSA LAW GROUP
6

7                                       By:  /s/ Andrea Rosa
                                             Andrea Rosa, Esq.
8                                            Attorney for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PALMER KAZANJIAN
WOHL HODSON LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

STIPULATION AND ORDER TO MODIFY THE STATUS (PRETRIAL
SCHEDULING) ORDER

3.

PDF created with pdfFactory trial version www.pdffactory.com

1

## **ORDER**

2

Upon the agreement of the parties hereto, and Good Cause appearing

3

IT IS SO ORDERED.

4

DATED:  June 16, 2011

5

6

/s/ John A. Mendez
John A. Mendez

7

United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PALMER KAZANJIAN
WOHL HODSON LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

STIPULATION AND ORDER TO MODIFY THE STATUS (PRETRIAL
SCHEDULING) ORDER

4.

PDF created with pdfFactory trial version www.pdffactory.com