Christopher F. Wohl, SBN: 170280
Nicole Legrottaglie, SBN: 271416
PALMER KAZANJIAN WOHL HODSON LLP
520 Capitol Mall, Suite 600
Sacramento, CA 95814
Telephone:    (916) 442-3552
Facsimile:    (916) 442-3606

Attorneys for Defendants
CHICAGO TITLE COMPANY,
KAREN BRENNEN and
GREG FARR

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA CRAWFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHICAGO TITLE COMPANY, KAREN BRENNEN, GREG FARR, and DOES 1-20,<br><br>　　　　Defendants. | Case No. 2:09-cv-03153-JAM-KJN<br><br>STIPULATION AND ORDER TO VACATE MOTION FOR PROTECTIVE ORDER<br><br>Judge:    Kendall J. Newman |

　　　　WHEREAS, on August 1, 2011, the Court granted, in part, Defendant Chicago Title Company's Application for an Order Shortening Time to file a Motion for Protective Order.

　　　　WHEREAS, Defendants agreed to vacate the Motion for Protective Order and agreed to make all witnesses available by video conference, pursuant to Federal Rules of Civil Procedure Rule 30(b)(4), at a date and time agreeable to the parties prior to the discovery cut-off date. Plaintiff has agreed to pay all costs associated for the depositions, including the cost for the video-conferencing.

PALMER KAZANJIAN
WOHL HODSON LLP
520 Capitol Mall, Suite 600
Sacramento, CA  95814
916.442.3552

STIPULATION AND ORDER TO VACATE MOTION FOR PROTECTIVE ORDER

1   IT IS SO STIPULATED.

2   Dated: August 3, 2011                    PALMER KAZANJIAN WOHL HODSON, LLP

3

4

5                                            By: /s/ Christopher F. Wohl
                                                 Christopher F. Wohl, Esq.
6                                                Attorneys for Defendants

7

8   Dated: August 2, 2011                    THE ROSA LAW GROUP

9

10

11                                           By: /s/ Andrea Rosa
                                                 Andrea Rosa, Esq.
                                                 Attorney for Plaintiff

PALMER KAZANJIAN
WOHL HODSON LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

STIPULATION AND ORDER TO VACATE MOTION FOR PROTECTIVE ORDER    2.

## **ORDER**

The parties' Stipulation is HEREBY APPROVED. Accordingly, the August 4, 2011 hearing on defendant Chicago Title Company's proposed motion for a protective order is VACATED.

IT IS SO ORDERED.

DATED: August 3, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

PALMER KAZANJIAN
WOHL HODSON LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

STIPULATION AND ORDER TO VACATE MOTION FOR PROTECTIVE ORDER   3.