Christopher F. Wohl, SBN: 170280
Nicole Legrottaglie, SBN: 271416
PALMER KAZANJIAN WOHL HODSON LLP
520 Capitol Mall, Suite 600
Sacramento, CA 95814
Telephone:   (916) 442-3552
Facsimile:    (916) 442-3606

Attorneys for Defendants
CHICAGO TITLE COMPANY,
KAREN BRENNEN and
GREG FARR

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA CRAWFORD,<br><br>         Plaintiff,<br><br>     v.<br><br>CHICAGO TITLE COMPANY, KAREN BRENNEN, GREG FARR, and DOES 1-20,<br><br>         Defendants. | Case No. 2:09-cv-03153-JAM-KJN<br><br>STIPULATION AND ORDER TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER<br><br>Judge:    John A. Mendez |

   WHEREAS, on November 12, 2010, the Court granted Defendants' unopposed motion to continue the trial date and modify the Status (Pretrial Scheduling) Order ("Scheduling Order") extending several deadlines including the deadline for completion of discovery to March 15, 2011.

   WHEREAS, on February 28, 2011, the parties further agreed to modify the Scheduling Order extending the discovery deadline to April 15, 2011. The Court approved the stipulation on February 28, 2011.

STIPULATION AND ORDER TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER

PALMER KAZANJIAN
WOHL HODSON LLP
520 Capitol Mall, Suite 600
Sacramento, CA  95814
916.442.3552

PDF created with pdfFactory trial version www.pdffactory.com

1 | WHEREAS, Plaintiff filed a First Amended Complaint dismissing certain claims and parties and added claims.

WHEREAS, on June 16, 2011, the parties further agreed to modify the Scheduling Order extending the discovery deadline to August 12, 2011.  The Court approved the stipulation on June 17, 2011.

Defendants agree to make Cynthia Hawkins available for her deposition by video conference pursuant to FRCP Rule 30(b) (4) on September 23, 2011 at a time agreeable to the parties. It is agreed that Plaintiff will pay all costs associated with the deposition including the cost of the video conference.  Plaintiff also agrees to withdraw her Motion to Extend Discovery Cutoff and vacate the October 5, 2011 hearing.  Based on the these stipulations, the parties agree to modify the Scheduling Order by allowing for the completion of Ms. Hawkins' deposition and ask that the Court approve this modification.

IT IS SO STIPULATED.

Dated: September 16, 2011              PALMER KAZANJIAN WOHL HODSON, LLP


                                       By: /s/ Christopher F. Wohl
                                           Christopher F. Wohl, Esq.
                                           Attorneys for Defendants


Dated:  September 15, 2011             THE ROSA LAW GROUP


                                       By: /s/ Andrea Rosa_____
                                           Andrea Rosa, Esq.
                                           Attorney for Plaintiff

PALMER KAZANJIAN WOHL HODSON LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

STIPULATION AND ORDER TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER          2.

PDF created with pdfFactory trial version www.pdffactory.com

**<u>ORDER</u>**

Upon the agreement of the parties hereto, and Good Cause appearing

IT IS SO ORDERED.

DATED: September 16, 2011

/s/ John A. Mendez
John A. Mendez
United States District Court Judge

PALMER KAZANJIAN
WOHL HODSON LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

STIPULATION AND ORDER TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER   3.

PDF created with pdfFactory trial version www.pdffactory.com