Christopher Wohl, SBN: 170280
Nicole Legrottaglie, SBN: 271416
PALMER KAZANJIAN WOHL HODSON LLP
520 Capitol Mall, Suite 600
Sacramento, CA 95814
Telephone:   (916) 442-3552
Facsimile:    (916) 442-3606

Attorneys for Defendants
CHICAGO TITLE COMPANY,
KAREN BRENNAN, and
GREG FARR

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA CRAWFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>CHICAGO TITLE COMPANY, KAREN BRENNAN, GREG FARR, and DOES 1-20,<br><br>    Defendants. | Case No. 2:09-cv-03153-JAM-KJN<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  October 19, 2011<br>Time:  9:30 a.m.<br>Dpt.:   6<br><br>Judge:  John A. Mendez |

The motion of Defendants CHICAGO TITLE COMPANY, KAREN BRENNAN, and GREG FARR (hereinafter collectively "Defendants") for Summary Judgment came on regularly for hearing before this Court on October 19, 2011. Andrea Rosa, Esq., appeared as attorney for Plaintiff Elena Crawford and Christopher Wohl, Esq., appeared as attorney for Defendants.

After considering the moving and opposition papers, arguments of counsel and all other matters presented to the Court, IT IS HEREBY ORDERED THAT DEFEDANTS' MOTION FOR SUMMARY JUDGMENT IS PARTIALLY GRANTED AS FOLLOWS:

1. Chicago Title Company's request for Summary Adjudication and dismissal of Count I (Retaliation under 42 USC Section 1981) is DENIED;

PDF created with pdfFactory trial version www.pdffactory.com

2.  Chicago Title Company's request for Summary Adjudication and dismissal of Count II (Race Discrimination under 42 USC Section 1981) is DENIED;

3.  Chicago Title Company's request for Summary Adjudication and dismissal of Count III (Wrongful Termination in Violation of Public Policy) is DENIED;

4.  Chicago Title Company's request for Summary Adjudication and dismissal of Count IV (Breach of Employment Contract) is DENIED;

5.  Chicago Title Company's request for Summary Adjudication and dismissal of Count V (Breach of the Implied Covenant of Good Faith and Fair Dealing) is GRANTED;

6.  Defendants' request for Summary Adjudication and dismissal of Count VI (Negligent Infliction of Emotional Distress) is GRANTED;

7.  Defendants' request for Summary Adjudication and dismissal of Count VII (False Light) is GRANTED;

8.  Defendants' request for Summary Adjudication and dismissal of Count VIII (Negligent Interference with Prospective Economic Relations) is GRANTED;

9.  Chicago Title Company's request for Summary Adjudication and dismissal of Count IX (Failure to pay Overtime Wages in Violation of Labor Code and IWC Wage Orders) is GRANTED;

10. Chicago Title Company's request for Summary Adjudication and dismissal of Count X (Failure to pay Minimum Wage in Violation of Labor Code section 1197) is GRANTED;

11. Chicago Title Company's request for Summary Adjudication and dismissal of Count XI (Waiting Time Penalties under Labor Code sections 201 and 202) is GRANTED;

12. Chicago Title Company's request for Summary Adjudication and dismissal of Count XII (Failure to pay Wages in Violation of Business and Professions Code section 17200) is GRANTED;

PALMER KAZANJIAN
WOHL HODSON LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

PDF created with pdfFactory trial version www.pdffactory.com

THEREFORE IT IS ORDERED that judgment in favor of GREG FARR and KAREN BRENNAN shall be entered accordingly, and that judgment in favor of Chicago Title Company shall be entered after trial of this action as to Counts 5, 6, 7, 8, 9, 10, 11, and 12.

DATED: 10/27/2011

/s/ John A. Mendez
John A. Mendez
United States District Court Judge

3.

PALMER KAZANJIAN
WOHL HODSON LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

PDF created with pdfFactory trial version www.pdffactory.com