```
 1  Andrea Rosa, State Bar No. 122658
    The Rosa Law Group
 2  5050 Laguna Blvd., Suite. 112-580
 3  Elk Grove, Ca 95758
    (916) 647-9425
 4  (916) 647-9425 fax
 5  andrea.rosa@therosalawgroup.com

 6  Quentin Cole, State Bar No. 142048
    Law Office of Quentin Cole
 7  2351 Sunset Blvd., Suite 170-334
 8  Rocklin, CA 95765
    (916) 760-8799
 9  (916) 624-3520 fax
10  quentin.cole.esquire@gmail.com

11  Attorneys for Plaintiff
12  Elena Crawford
```

**FILED**

FEB 27 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Elena Crawford,**<br><br>                Plaintiff;<br><br>         v.<br><br>**Chicago Title Company, Karen Brennen, Julie Stevenson, Greg Farr,** and Does 1 Through 20, inclusive,<br><br>                Defendants. | CASE NO. 2:09-cv-03153-JAM-KJN<br><br>[~~PROPOSED~~ Jan-] Order to Seal Exhibit A Filed in Support of Plaintiff's Motion to Enforce Settlement [Pursuant to Local Rule 141]<br><br>Judge:    Honorable John A. Mendez |

**TO ALL PARTIES HEREIN:**

The Court has read and considered Plaintiff's request for an Order to Seal Document pursuant to Local Rule 141, to file an un-redacted copy of a confidential settlement agreement executed by parties on January 16, 2012.

1  The un-redacted settlement agreement has been lodged with the Court via electronic mail in support of the Plaintiff's Motion to Enforce Settlement. The Court finds that the Plaintiff, in order to present her case for a Motion to Enforce Settlement has proffered evidence contained in the agreement, which the Plaintiff contends contains terms that should be kept confidential. To allow the document to be filed via ECF would defeat the purpose of having a confidential settlement agreement and could subject Plaintiff to a violation of the terms of the agreement and she may suffer unfavorable consequences.

For good cause appearing thereof, **IT IS ORDERED THAT:**

**A.**  The selected document evidence Exhibit "A", comprised of a confidential settlement agreement (lodged in Courtroom 6 of this Court on February 24, 2012) in the above-captioned matter shall be maintained under seal, until such further order of the Court; and

**B.**  Should Defendant or any party hereto, seek to file or submit any copies of the confidential settlement agreement that any said copies are likewise ordered to be filed under seal, until such further order of the Court.

**IT IS SO ORDERED**

Dated: 2-27-2012

Judge John A. Mendez