Christopher Wohl, SBN: 170280
Nicole Legrottaglie, SBN: 271416
PALMER KAZANJIAN WOHL HODSON LLP
520 Capitol Mall, Suite 600
Sacramento, CA 95814
Telephone:   (916) 442-3552
Facsimile:    (916) 442-3606

Attorneys for Defendant
CHICAGO TITLE COMPANY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA CRAWFORD,<br><br>          Plaintiff,<br><br>     v.<br><br>CHICAGO TITLE COMPANY,<br><br>          Defendant. | Case No. 2:09-cv-03153-JAM-KJN<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO SEAL PURSUANT TO LOCAL RULE 141**<br><br>The Honorable Judge John A. Mendez |

Defendant CHICAGO TITLE COMPANY's Notice of Request and Request to Seal Documents Pursuant to Local Rule 141 ("Request"), was received by the Court on April 24, 2012. After consideration of the Request and all other documents filed in connection therewith, IT IS HEREBY ORDERED that Defendant's Request is Granted.

Dated: April 25, 2012

                                    /s/ John A. Mendez_____
                                    United States District Court Judge