Andrea Rosa, State Bar No. 122658
The Rosa Law Group
5050 Laguna Blvd., Suite. 112-580
Elk Grove, Ca 95758
(916) 647-9425
(916) 647-9425 fax
andrea.rosa@therosalawgroup.com

Quentin Cole, State Bar No. 142048
Law Office of Quentin Cole
2351 Sunset Blvd., Suite 170-334
Rocklin, CA 95765
(916) 760-8799
(916) 624-3520 fax
quentin.cole.esquire@gmail.com

Attorneys for Plaintiff
Elena Crawford

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Elena  Crawford,**<br><br>                    Plaintiff;<br><br>    v.<br><br>**Chicago Title Company, Karen Brennen, Julie Stevenson, Greg Farr**, and Does 1 Through 20, inclusive,<br><br>                    Defendants. | CASE NO. 2:09-cv-03153-JAM-KJN<br><br>**Order Granting Plaintiff's Request to Seal Documents Pursuant to Local Rule 141**<br><br>Judge:    Honorable John A. Mendez |

**TO ALL PARTIES HEREIN:**

   Plaintiff ELENA CRAWFORD's Notice of Request and Request to Seal Documents Pursuant to Local Rule 141 ("Request"), was received by the Court on April 27, 2012. After

1  consideration of the Request and all other documents filed in connection therewith, IT IS
2  HEREBY ORDERED that Plaintiff's Request is Granted.

3

4  Dated: 4/30/2012                              /s/ John A. Mendez
                                                  John A. Mendez
5                                                 U. S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com