Andrea Rosa, State Bar No. 122658
The Rosa Law Group
5050 Laguna Blvd., Suite. 112-580
Elk Grove, Ca 95758
(916) 647-9425
(916) 647-9425 fax
andrea.rosa@therosalawgroup.com

Quentin Cole, State Bar No. 142048
Law Office of Quentin Cole
2351 Sunset Blvd., Suite 170-334
Rocklin, CA 95765
(916) 760-8799
(916) 624-3520 fax
quentin.cole.esquire@gmail.com

Attorneys for Plaintiff
Elena Crawford

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Elena Crawford,**<br><br>　　　　　　Plaintiff;<br><br>　v.<br><br>**Chicago Title Company, Karen Brennen, Julie Stevenson, Greg Farr**, and Does 1 Through 20, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 2:09-cv-03153-JAM-KJN<br><br>**Order Granting Plaintiff's Request to Seal Documents Pursuant to Local Rule 141**<br><br>Judge:　Honorable John A. Mendez |

**TO ALL PARTIES HEREIN:**

Plaintiff ELENA CRAWFORD's Notice of Request and Request to Seal Documents Pursuant to Local Rule 141 ("Request"), was received by the Court on April 27, 2012. After

PDF created with pdfFactory trial version www.pdffactory.com

—2—

1  consideration of the Request and all other documents filed in connection therewith, IT IS
2  HEREBY ORDERED that Plaintiff's Request is Granted.

Dated: 4/30/2012                         /s/ John A. Mendez
                                          John A. Mendez
                                          U. S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com