Christopher Wohl, SBN: 170280
PALMER KAZANJIAN WOHL HODSON LLP
520 Capitol Mall, Suite 600
Sacramento, CA 95814
Telephone:  (916) 442-3552
Facsimile:  (916) 442-3606

Attorneys for Defendants
CHICAGO TITLE COMPANY, KAREN BRENNAN
AND GREG FARR

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA CRAWFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHICAGO TITLE COMPANY, KAREN BRENNAN, and GREG FARR<br><br>　　　　Defendants. | Case No. 2:09-cv-03153-JAM-KJN<br><br>**ORDER DENYING PLAINTIFF ELENA CRAWFORD'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date:　　August 22, 2012<br>Time:　　9:30 a.m.<br>Crtrm:　　6<br><br>Judge: The Honorable John A. Mendez |

The motion of Plaintiff Elena Crawford ("Plaintiff") for Attorneys' Fees and Costs came on regularly for hearing before this Court on August 22, 2012.  Andrea Rosa, Esq., appeared as attorney for Plaintiff and Christopher Wohl, Esq., appeared as attorney for Defendants CHICAGO TITLE COMPANY, KAREN BRENNAN, and GREG FARR (hereinafter collectively "Defendants").

After considering the moving and opposition papers, arguments of counsel and all other matters presented to the Court, IT IS HEREBY ORDERED THAT PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS IS DENIED.

DATED: 8/29/2012

　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　John A. Mendez
　　　　　　　　　　　　　　　　　　United States District Court Judge

[PROPOSED] ORDER DENYING PLAINTIFF ELENA CRAWFORD'S
MOTION FOR ATTORNEYS' FEES AND COSTS